**Order entered September 26, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-22-00929-CV

**IN RE STANISLAV BILDER, Relator**

**Original Proceeding from the 468th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 468-51319-2019**

**AMENDED ORDER**
Before Justices Molberg, Pedersen, III, and Garcia

Before the Court is relator's September 21, 2022 Emergency Motion for Interim Relief Under Tex. R. App. P. 52.8(b)(2) on petition for writ of habeas corpus. We **GRANT** the motion and order temporary relief. Pending this Court's determination of relator's petition on the merits, and until further order of this Court, we **ORDER** that relator Stanislav Bilder be released from custody of the Sheriff of Collin County, Texas only upon posting a good and sufficient cash or surety bond, conditioned as required by law, in the sum of $500.

In the event that relator Stanislav Bilder gives such bond, the Sheriff of Collin County, Texas is **ORDERED** to immediately forward a certified copy of

the bond to the Clerk of this Court. This order releases relator Stanislav Bilder from custody only under the Commitment signed on September 19, 2022, issued by the 468th Judicial District Court of Collin County, Texas in cause number 468-51319-2019. This order does not release relator if he is being held on any other charges.

The Court requests that real party in interest and respondent file a response, if any, on or before **October 5, 2022**.

The Court **DIRECTS** the Clerk to send copies of this order, by electronic transmission, to the Honorable Lindsey Wynne, Presiding Judge, 468th Judicial District Court; Jim Skinner, Collin County Sheriff; and to counsel for all parties.

/s/    DENNISE GARCIA
JUSTICE